JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: elizabeth_falk@fd.org

Counsel for Defendant NICHOLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW NICHOLSON,<br>Defendant. | **Case No.:** CR 26-260 CRB<br><br>**UNOPPOSED MOTION TO RELEASE MENTAL HEALTH EVALUATION TO DEFENSE COUNSEL**: ORDER |

Mr. Nicholson is in the process of having a mental health evaluation completed while at Newbridge. United States Pretrial requires a court order to release the report to defense counsel. This will avoid unnecessary duplication of expenditures on the part of the Court and the Federal Public Defender's Office. As such, undersigned counsel requests that the Court order the release of the report. U.S. Pretrial and the government have no objection to the request.

\\

\

August 12, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ELIZABETH FALK
Assistant Federal Public Defender

IT IS SO ORDERED.

August 13, 2026
Dated

CHARLES BREYER
Senior United States District Judge