CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANUPAM DHILLON (CABN 324746)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7124
FAX: (415) 436-7234
Anupam.Dhillon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW NICHOLSON,<br>Defendant. | NO. 3:26-cr-00260-CRB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM AUGUST 26, 2026 TO SEPTEMBER 9, 2026 AND [~~PROPOSED~~] ORDER |

The above captioned matter is scheduled for an initial status conference before this Court on August 26, 2026 at 1:30 p.m. The parties are informed that the Court is unavailable on this date and time, but that the Court is available on September 9, 2026. The parties have discussed and agree that the status conference in this matter should be continued to September 9, 2026 at 1:30 p.m.

The parties also agree that time should be excluded from August 26, 2026 to September 9, 2026, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence, given the amount of discovery that has been produced and the current plea offer that has been extended to the defense. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 26, 2026 to September 9, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

speedy trial. *Id.* § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: August 25, 2026

/s/
ANUPAM DHILLON
Assistant United States Attorney

DATED: August 25, 2026

/s/
ELIZABETH FALK
Counsel for Defendant

**[~~PROPOSED~~] ORDER**

For good cause shown and based on the parties' stipulation, the status conference set for August 26, 2026 shall be continued to September 9, 2026, at 1:30 p.m. Additionally, based on the facts set forth in the stipulation of the parties, the Court also finds that failing to exclude the time from August 26, 2026 to September 9, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from August 26, 2026 to September 9, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 26, 2026 to September 9, 2026, shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: August 27, 2026

CHARLES R. BREYER
United States District Judge