JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: elizabeth_falk@fd.org

Counsel for Defendant NICHOLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW NICHOLSON,<br>Defendant. | **Case No.:** CR 26-260 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR PREPARATION OF PRE-PLEA PSR** |

Matthew Nicholson is scheduled for a change of plea on November 19, 2026. In order to proceed with sentencing as soon as possible, the parties agree and respectfully request that the matter be referred to United States Probation for the preparation of a pre-plea presentence report.

\\

\\

\\

\\

IT IS SO STIPULATED.

October 30, 2026
Dated

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S
ANUPAM DHILLON
Assistant United States Attorney

October 30, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ELIZABETH FALK
Assistant Federal Public Defender

IT IS SO ORDERED.

November 3, 2026
Dated

CHARLES BREYER
Senior United States District Judge